**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| NIKOLAS COOPER,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SOUTH FULTON,<br><br>Defendant. | Civil Action File No.<br><br>1:25-cv-06375-TRJ-JHR |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) the parties hereby stipulate to the dismissal of this action *without prejudice*, with each party to bear its own costs.

Respectfully submitted this July 16, 2026.

[Signatures on the following page.]

*/s/ J. Matthew Maguire Jr.*
J. Matthew Maguire Jr.
Georgia Bar No. 372670
Gabrielle Hawkridge
Georgia Bar No. 651811

**Parks, Chesin & Walbert, P.C.**
1355 Peachtree St NE, Ste. 2000
Atlanta, GA 30309
Tel: (404) 873-8000
mmaguire@pcwlawfirm.com
ghawkridge@pcwlawfirm.com

*Counsel for Plaintiff*

*/s/ Sharon Morgan*
Sharon Morgan
Georgia Bar No. 522955
Tracy Glanton
Georgia Bar No. 415008
Michaela Manley
Georgia Bar No. 720693

**Fisher & Phillips LLP**
1230 Peachtree Street NE, Suite 3300
Atlanta, Georgia 30909
Telephone: (404)-231-1400
smorgan@fisherphillips.com
tglanton@fisherphillips.com
mmanley@fisherphillips.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **STIPULATION DISMISSAL WITHOUT PREJUDICE** with the Clerk of Court in the United States District Court, for the Northern District of Georgia, Atlanta Division, using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

Sharon Morgan
smorgan@fisherphillips.com
Tracy Glanton
tglanton@fisherphillips.com
Michaela Manley
mmanley@fisherphillips.com

Respectfully submitted this July 16, 2026.

*/s/ J. Matthew Maguire Jr.*
J. Matthew Maguire Jr.
Georgia Bar No. 372670

*ATTORNEY FOR PLAINTIFF*